McCONNELL *et al. v.* THE STATE.

No. 10199. APRIL 10, 1934.

*George H. Carswell,* for plaintiffs in error.

*M. J. Yeomans, attorney-general, C. S. Baldwin, solicitor-general, B. D. Murphy,* and *J. T. Goree,* contra.

BECK, P. J. Hubie McConnell, Arnold McConnell, and John Thomas Layton were tried under an indictment for murder. The jury returned a verdict finding them all guilty, with a recommendation. While the evidence was entirely circumstantial, it can not be said that it was insufficient to authorize the verdict of guilty.

*Judgment affirmed. All the Justices concur.*

McCONNELL *v.* THE STATE.

No. 10198. APRIL 10, 1934.

HUTCHESON, J. The defendant was convicted of the offense of murder, with a recommendation to mercy, and was sentenced accordingly. He filed a motion for new trial on the general grounds only. This case is a companion of *McConnell* v. *State,* ante, the evidence in the cases being substantially the same. The evidence is wholly circumstantial; but there is sufficient evidence in the record to authorize a verdict of guilty, and the judge did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*